UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

SIR ANTHONY JOHNSON         :

    Petitioner              :       CIVIL ACTION NO. 3:18-2032

v.                          :            (JUDGE MANNION)

                            :
WARDEN MARK GARMAN,
                            :
    Respondent

## ORDER

In accordance with this Court's memorandum issued this same day, **IT IS HEREBY ORDERED THAT**:

1. The petition for writ of habeas corpus (Doc. 1) is **DISMISSED**.

2. There is no basis for the issuance of a certificate of appealability. See 28 U.S.C. §2253(c).

3. The Clerk of Court is directed to **CLOSE** this case.

*s/ Malachy E. Mannion*
**MALACHY E. MANNION**
**United States District Judge**

**DATED: December 16, 2020**
18-2032-01-ORDER